UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:19-cv-62754-DPG

WILLIAM WARNER,

    Plaintiff,

v.

FILM, STAGE & SHOWBIZ EXPO LLC
D/B/A SMALL BUSINESS EXPO,

    Defendant.
_____/

**NOTICE OF PENDING SETTLEMENT**

Plaintiff WILLIAM WARNER, by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 14, 2019

                                                    Respectfully Submitted,

                                                  /s/ Jibrael S. Hindi                               .
                                                  **JIBRAEL S. HINDI, ESQ.**
                                                  Florida Bar No.: 118259
                                                  E-mail:    jibrael@jibraellaw.com
                                                  **THOMAS J. PATTI, ESQ.**
                                                  Florida Bar No.: 118377
                                                  E-mail:    tom@jibraellaw.com
                                                  The Law Offices of Jibrael S. Hindi
                                                  110 SE 6th Street, Suite 1744
                                                  Fort Lauderdale, Florida 33301
                                                  Phone:    954-907-1136
                                                  Fax:        855-529-9540

                                                  *COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 14, 2019, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

    /s/ Jibrael S. Hindi                 .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com